Toro, Demandante y Apelada, *v.* Asamblea Municipal de Guánica, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de Ponce en un recurso de *certiorari*. Moción sobre desestimación de apelación.

No. 2944.—Resuelto en enero 23, 1923.

Desestimación de Apelación — Término para Radicar la Transcripción. — Cuando el apelante deja de radicar en tiempo la transcripción en el Tribunal Supremo, procede declarar con lugar una moción de la apelada solicitando la desestimación por tal motivo.

Los hechos están expresados en la opinión.

Abogados de la apelante: *Sres. L. Llorens Torres y R. Arjona Siaca.*

Abogados de la apelada: *Sres. R. Martínez Nadal y H. Tormes.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Aprobada por el juez de la corte inferior el día 11 de diciembre de 1922 las notas del taquígrafo para que formaran parte de la transcripción en la apelación establecida contra la sentencia que se había dictado, el 10 de enero siguiente vencían los 30 días que la parte apelante tenía para presentar la transcripción de la apelación en este Tribunal Supremo. No lo hizo durante ese tiempo y al día siguiente, 11

de enero, la parte apelada nos presentó moción para que desestimáramos dicha apelación, fundándose en la falta de presentación de la transcripción de la apelación dentro del término legal, moción que el mismo día fué notificada al abogado de la parte apelante.

En el caso de *Portela* v. *Viera* que hemos resuelto el día 22 de este mes (p. 413) hemos desestimado una apelación en la que la transcripción no había sido presentada en este Tribunal Supremo cuando la moción de desestimación fué notificada al abogado de la parte apelante.

Es cierto que en el presente caso el abogado del apelante jura que muchos días antes de vencerse el término para presentar la transcripción en este Tribunal Supremo la entregó al abogado de la parte apelada para que la examinara y firmara su certificación con él y que le entretuvo hasta el día 10 de enero por la tarde en que le manifestó que no podía firmarla, cuando ya no tenía tiempo el apelante para pedir en ese día al secretario que la certificara; pero, aparte de que el abogado de la parte apelada niega también bajo juramento que se le haya entregado la transcripción o copia de ella para que la certificara y afirma que el día 10 de enero, temprano, a requerimiento del abogado del apelante le contestó que no podía firmar la certificación de la transcripción, la parte apelante debió hacer que la transcripción estuviera radicada en este Tribunal Supremo antes de que venciera el término que tenía para presentarla y de que se le notificara una moción de desestimación.

La apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.